

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-14-00006-CV
_____


INLINE OPERATING LIMITED D/B/A
INLINE DIGITAL IMAGE, Appellant

V.

HEALTHMARKETS LEAD MARKETING GROUP, INC.
AND HEALTHMARKETS, L.L.C., Appellees


On Appeal from the 67th District Court
Tarrant County, Texas
Trial Court No. 067-259145-12


Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

# MEMORANDUM OPINION

Inline Operating Limited, d/b/a/ Inline Digital Image, has filed an unopposed motion asking this Court to dismiss its appeal with prejudice, with each party to pay its own costs.[1] Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. *See* TEX. R. APP. P. 42.1(a)(1).

We dismiss the appeal.


Bailey C. Moseley
Justice


Date Submitted:     July 1, 2014
Date Decided:      July 2, 2014

---

[1] Originally appealed to the Second Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013). We are unaware of any conflict between precedent of the Second Court of Appeals and that of this Court on any relevant issue. *See* TEX. R. APP. P. 41.3.

2